AO 440 (Rev. 04/08) Civil Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Breggett A. Rideau, et al

V.                                          )   Civil Action No. 4:10-cv-00926-Y
                                            )
                                            )
Keller Independent School District, et      )
al                                          )

### Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Keller Independent School District

A lawsuit has been filed against you.   Within 21 days after service of this summons on you
(not counting the day you received it), you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Hurst
1445 Ross Ave
Suite 2500
Dallas , TX 75202

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

CLERK                                                          12/08/2010
                                                               DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United
States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  _____
by:

(1) personally delivering a copy of each to the individual at this place,  _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on  _____ ; or

(5) other (*specify*)  _____

_____

_____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

Date:  _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Breggett A. Rideau, et al

V.

Keller Independent School District, et al

)
)
)
)
)
)
)

Civil Action No. 4:10-cv-00926-Y

### Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Cindy Lotten, Keller ISD School Board President, in her official capacity

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Hurst
1445 Ross Ave
Suite 2500
Dallas , TX 75202

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

12/08/2010

DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or


(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or


(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or


(4) returning the summons unexecuted to the court clerk on _____ ; or


(5) other (*specify*) _____

_____

_____

_____


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Breggett A. Rideau, et al

)

V.                                                    )   Civil Action No. 4:10-cv-00926-Y
                                                      )
                                                      )
Keller Independent School District, et    )
al                                                    )

## Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Dan Evans, individually

A lawsuit has been filed against you.   Within 21 days after service of this summons on you
(not counting the day you received it), you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Hurst
1445 Ross Ave
Suite 2500
Dallas , TX 75202

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

CLERK                                                              12/08/2010

                                                                   DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United
States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  _____
by:

(1) personally delivering a copy of each to the individual at this place,  _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on  _____ ; or

(5) other (*specify*)  _____

_____

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

Breggett A. Rideau, et al

                        )

V.                      )   Civil Action No. 4:10-cv-00926-Y

                        )

Keller Independent School District, et  )

al                        )

### Summons in a Civil Action

**TO:** *(Defendant's name and address)*
James R. Veitenheimer, Superintendent of Keller ISD, in his official capacity

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Michael Hurst
    1445 Ross Ave
    Suite 2500
    Dallas , TX 75202

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

12/08/2010

DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

_____

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address